## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: NEAL MOORE**

alacourt.com

County: **01**   Case Number: **CV-2023-901720.00**   Court Action:
Style: **KARIMU MORGAN V. TRUEACCORD CORP.**

Real Time

### Case

#### Case Information

| | | |
|---|---|---|
| County: 01-JEFFERSON - BIRMINGHAM | Case Number: CV-2023-901720.00 | Judge: DEB:DONALD E. BLANKENSHIP |
| Style: KARIMU MORGAN V. TRUEACCORD CORP. | | |
| Filed: 05/20/2023 | Case Status: ACTIVE | Case Type: OTHER TORT |
| Trial Type: JURY | Track: | Appellate Case: 0 |
| No of Plaintiffs: 1 | No of Defendants: 1 | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: 0.00 | Punitive Damages: 0.00 | General Damages: 0.00 |
| No Damages: | Compensatory Damages: 0.00 | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 05/20/2023 | Updated By: AJA |

### Parties

**Party 1 - Plaintiff INDIVIDUAL - MORGAN KARIMU**

#### Party Information

| | | | |
|---|---|---|---|
| Party: C001-Plaintiff | Name: MORGAN KARIMU | | Type: I-INDIVIDUAL |
| Index: D TRUEACCORD C | Alt Name: | Hardship: No | JID: DEB |
| Address 1: C/O WATTS & HERRING, LLC | | Phone: (205) 000-0000 | |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | 301 19TH STREET NORTH | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35203-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: F | Race: | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | Served By: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | WAT056 | | WATTS JOHN GRIFFIN | JOHN@WATTSHERRING.COM | (205) 879-2447 |
| Attorney 2 | HER037 | | HERRING MYLES STANLEY JR. | STAN@WATTSHERRING.COM | (205) 714-4443 |
| Attorney 3 | LOC023 | | LOCKHART PATRICIA SUZANNE | PATRICIALOCKHARTLAW@GMAIL.COM | (256) 276-2527 |

## Party 2 - Defendant BUSINESS - TRUEACCORD CORP.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | TRUEACCORD CORP. | | Type: | B-BUSINESS |
| Index: | C MORGAN KARIM | Alt Name: | | Hardship: No | JID: | DEB |
| Address 1: | C/O INCORP SERVICES INC. | | | Phone: (205) 000-0000 | | |
| Address 2: | 4037 US 231, SUITE A | | | | | |
| City: | WETUMPKA | State: | AL | Zip: | 36093-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 05/20/2023 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | Return: | Return Type: |
| Served: | 05/25/2023 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | Notice of No Service: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $15.23 | $15.23 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $14.70 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 | C001 | 000 | $206.00 | $206.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $366.23 | $380.93 | -$14.70 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2023 | CREDIT | CONV | 2023164 | 29427500 | $14.70 | C001 | 000 | | N | | | DOG |
| 05/22/2023 | RECEIPT | AOCC | 2023164 | 29427400 | $15.23 | C001 | 000 | | N | | | DOG |
| 05/22/2023 | RECEIPT | CV00 | 2023164 | 29427600 | $206.00 | C001 | 000 | | N | | | DOG |
| 05/22/2023 | RECEIPT | JDMD | 2023164 | 29427700 | $100.00 | C001 | 000 | | N | | | DOG |
| 05/22/2023 | RECEIPT | VADM | 2023164 | 29427800 | $45.00 | C001 | 000 | | N | | | DOG |

## Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 5/20/2023 | 10:17 AM | ECOMP | COMPLAINT E-FILED. | WAT056 |
| 5/20/2023 | 10:17 AM | FILE | FILED THIS DATE: 05/20/2023   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | EORD | E-ORDER FLAG SET TO "Y"   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | ASSJ | ASSIGNED TO JUDGE: DONALD E. BLANKENSHIP   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | SCAN | CASE SCANNED STATUS SET TO: N   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | TDMJ | JURY TRIAL REQUESTED   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | EXPD | EXPEDITED STATUS DENIED   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | ORIG | ORIGIN: INITIAL FILING   (AV01) | AJA |
| 5/20/2023 | 10:17 AM | C001 | C001 PARTY ADDED: MORGAN KARIMU   (AV02) | AJA |
| 5/20/2023 | 10:17 AM | C001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 5/20/2023 | 10:17 AM | C001 | LISTED AS ATTORNEY FOR C001: WATTS JOHN GRIFFIN | AJA |
| 5/20/2023 | 10:17 AM | C001 | LISTED AS ATTORNEY FOR C001: HERRING MYLES STANLE | AJA |
| 5/20/2023 | 10:17 AM | C001 | LISTED AS ATTORNEY FOR C001: LOCKHART PATRICIA SU | AJA |
| 5/20/2023 | 10:17 AM | C001 | C001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 5/20/2023 | 10:17 AM | D001 | D001 PARTY ADDED: TRUEACCORD CORP.   (AV02) | AJA |
| 5/20/2023 | 10:17 AM | D001 | INDIGENT FLAG SET TO: N   (AV02) | AJA |
| 5/20/2023 | 10:18 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 5/20/2023 | 10:18 AM | D001 | CERTIFIED MAI ISSUED: 05/20/2023 TO D001   (AV02) | AJA |
| 5/20/2023 | 10:18 AM | D001 | D001 E-ORDER FLAG SET TO "Y"   (AV02) | AJA |
| 5/22/2023 | 1:53 PM | ESCAN | SCAN - FILED 5/22/2023 - NOTICE | KAD |
| 5/30/2023 | 2:35 PM | D001 | SERVICE OF CERTIFIED MAI ON 05/25/2023 FOR D001 | KAD |
| 5/30/2023 | 2:35 PM | ESERC | SERVICE RETURN | KAD |

## Images

| Date | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 5/20/2023 10:17:15 AM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 5/20/2023 10:17:16 AM | 2 | COMPLAINT | | 8 |
| 5/20/2023 10:18:25 AM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 5/20/2023 10:18:26 AM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 5/22/2023 1:53:31 PM | 5 | NOTICE | TO CLERK | 2 |

| 5/30/2023 2:36:02 PM | 6 | SERVICE RETURN | SERVICE RETURN | 2 |
| 5/30/2023 2:36:03 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

**END OF THE REPORT**

ELECTRONICALLY FILED
5/20/2023 10:17 AM
01-CV-2023-901720.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-<br>Date of Filing:<br>05/20/2023 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KARIMU MORGAN v. TRUEACCORD CORP.**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** WAT056
Date: 5/20/2023 10:17:14 AM
/s/ JOHN GRIFFIN WATTS
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

**EXHIBIT 1**

ELECTRONICALLY FILED
5/20/2023 10:17 AM
01-CV-2023-901720.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| KARIMU MORGAN, an individual, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: |
| TRUEACCORD CORP.; Fictitious Defendants "A", "B" and "C" thereby intending to refer to the legal entity, person, firm or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; Names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, by and through counsel, in the above styled cause, and for Plaintiff's Complaint against the Defendant[1] states as follows:

1. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act[2], 15 U.S.C. § 1692 et seq. ("FDCPA") by the

---

[1] "Defendant" means all defendants, including fictitiously named defendants.
[2] Any reference the FDCPA or any part thereof encompasses all relevant parts and subparts of each statute.

**EXHIBIT 1**

Defendant and its agents in their illegal efforts to collect a consumer debt from Plaintiff.

## PARTIES

2. Plaintiff **KARIMU MORGAN** (hereinafter "Plaintiff") is a natural person who is a resident of Alabama.

3. Defendant **TrueAccord Corp.** (hereinafter "Defendant"), is a debt collection firm that engages in the business of debt collection. Its principal business purpose is the collection of defaulted debts, and it uses various instruments of interstate commerce to accomplish debt collection including sending letters, calling on the phone, and/or credit reporting, etc.

4. **Fictitious Defendants "A", "B" and "C"** thereby intending to refer to the legal entity, person, firm, or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; names of the Fictitious parties are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

5. Any reference to any **Defendant** refers to all **Defendants** and **Fictitious Defendants**.

## JURISDICTION

6. Personal jurisdiction exists over **Defendant** as **Defendant** has the necessary minimum contacts with the State of Alabama and this suit arises out of

EXHIBIT 1

Defendant's specific conduct with **Plaintiff** in Alabama. All the actions described in this suit occurred in Alabama.

## VENUE

7. Venue is proper as **Defendant** does business in this judicial district.

## FACTUAL ALLEGATIONS

8. Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors. 15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

   (a) There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.
   (b) Existing laws and procedures for redressing these injuries are inadequate to protect consumers.
   (c) **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts.**
   (d) Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.
   (e) It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged**, and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

EXHIBIT 1

9. **Plaintiff** allegedly incurred a financial obligation that was primarily for personal, family, or household purposes and is, therefore, a "debt" as that term is defined by 15 U.S.C. § 1692a (5).

10. **Defendant** is considered a "debt collector" and began engaging in debt collection activities against **Plaintiff**.

11. The primary and principal business of **Defendant** is to collect alleged defaulted debts.

12. At the time that **Defendant** received the alleged debt of **Plaintiff**, the alleged debt was in default.

13. **Defendant** claimed **Plaintiff** owed **Defendant** money.

14. **Defendant** began collection activities against **Plaintiff.**

15. **Plaintiff** sent an email to **Defendant,** and it was delivered to **Defendant** on. **05/10/2023 (8:56 AM)**

16. The email told **Defendant** that the prior communication (text messages) from **Defendant** seemed suspicious and that **Plaintiff** would not pay.

17. Despite the email, **Defendant** communicated in response by email with **Plaintiff** (collecting the debt) on **05/12/2023 (10:05 AM)** and by text with **Plaintiff** (collecting the debt) on **05/10/23 (10:11 AM) and 05/15/2023 (4:37 PM),** which violates the FDCPA.

EXHIBIT 1

18. There may be other communications as well but the above is sufficient to show **Defendant** did not honor the refuse to pay which bars further communication with exceptions that are not applicable.

19. All of the above-described actions by **Defendant** and collection agents of **Defendant** were made in violation of the FDCPA.

20. The conduct of the **Defendant** has proximately caused **Plaintiff** damages.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

21. The acts and omissions of **Defendant** and its agents constitute numerous and multiple violations of the FDCPA (and Regulation F) with respect to **Plaintiff**, including, but not limited to, violations of 1692c, 1692c(a), 1692c(a)(1), 1692d, 1692e, 1692e(10), 1692f and 1692f(1) along with Regulation F related to these sections and communication between debt collectors (such as **Defendant**) and **Plaintiff**.

22. As a result of **Defendant**'s violations of the FDCPA, **Plaintiff** is entitled to damages and reasonable attorney's fees and costs from **Defendant**.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED, Plaintiff** prays that judgment be entered against **Defendant** for all damages allowable, costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully Submitted,

**/s/ Patricia S. Lockhart**
Patricia S. Lockhart (LOC023)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(256) 276-2527
patricia@wattsherring.com
**Attorney for Plaintiff**

**/s/ John G. Watts**
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

EXHIBIT 1

-8-

**Serve defendant via certified mail at the following address:**

TrueAccord Corp.
c/o **INCORP SERVICES INC.**
**4037 US 231, SUITE A**
**WETUMPKA, AL 36093**

EXHIBIT 1



**AlaFile E-Notice**

01-CV-2023-901720.00

To: JOHN GRIFFIN WATTS
john@wattsherring.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARIMU MORGAN V. TRUEACCORD CORP.
01-CV-2023-901720.00

The following complaint was FILED on 5/20/2023 10:17:18 AM

Notice Date:   5/20/2023 10:17:18 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**EXHIBIT 1**

AlaFile E-Notice

01-CV-2023-901720.00

To: TRUEACCORD CORP.
C/O INCORP SERVICES INC.
4037 US 231, SUITE A
WETUMPKA, AL, 36093

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARIMU MORGAN V. TRUEACCORD CORP.
01-CV-2023-901720.00

The following complaint was FILED on 5/20/2023 10:17:18 AM

Notice Date:    5/20/2023 10:17:18 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

EXHIBIT 1

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2023-901720.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KARIMU MORGAN V. TRUEACCORD CORP.**

**NOTICE TO:** TRUEACCORD CORP., C/O INCORP SERVICES INC. 4037 US 231, SUITE A, WETUMPKA, AL 36093

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KARIMU MORGAN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/20/2023 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.    /s/ JOHN GRIFFIN WATTS
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

| (Name of Person Served) | (Name of County) |
|---|---|
| (Date) | |

| (Type of Process Server) | (Server's Signature) | (Address of Server) |
|---|---|---|
| | (Server's Printed Name) | (Phone Number of Server) |

**EXHIBIT 1**

# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
KARIMU MORGAN V. TRUEACCORD CORP.

01-CV-2023-901720.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $15.23

Parties to be served by Certified Mail - Return Receipt Requested


Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

TRUEACCORD CORP.                                                          Postage: $15.23
C/O INCORP SERVICES INC.
4037 US 231, SUITE A
WETUMPKA, AL 36093


Parties to be served by First Class Mail

EXHIBIT 1



EXHIBIT 1

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TRUEACCORD CORP.
   C/O INCORP SERVICES INC.
   4037 US 231, SUITE A
   WETUMPKA, AL 36093



9590 9402 7947 2305 6125 67

2. Article Number (Transfer from service label)

   7020 1810 0000 2637 7406

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Clay Henderson
C. Date of Delivery: 05/25/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   516

   CV-23-901 720

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                                    Domestic Return Receipt

EXHIBIT 1



EXHIBIT 1