IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KARIMU MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 2:23-cv-00807-AMM |
| | ) | |
| **TRUEACCORD CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT
*AND*
REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT
IN THE AMOUNT OF $5,500**

Comes now the Plaintiff, and pursuant to FRCP 68(a), gives notice that Plaintiff accepts Defendant's offer of judgment in the amount of $5,500 as follows:

1. On August 17, 2023, Defendant served an offer of judgment attached hereto as Exhibit "A" stating:

> COMES NOW the Defendant, TrueAccord Corp., and pursuant to Federal Rule of Civil Procedure 68, offers a judgment in the amount of Five Thousand Five Hundred and No/100 ($5,500.00) in full satisfaction of any and all claims and damages asserted in this matter, including all attorney fees, with costs taxed as paid.

2.      FRCP 68(a) states:

**"If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."**

3.      FRCP 68(a) has two components.  First, the filing of the offer, acceptance, and proof of service.  Second, the clerk shall enter judgment.

4.      Plaintiff has now filed the offer (Exhibit "A") which includes the acceptance, filed the proof of service attached as Exhibit "B" and requests that this Honorable Court enter judgment against Defendant TrueAccord Corp. in the amount of $5,500 (this encompasses attorney fees) and with costs taxed as paid.

5.      Plaintiff has filed a proposed order to accomplish the wishes of both parties.

**Wherefore, premises considered,** Plaintiff respectfully requests this Honorable Court to enter judgment against Defendant in the amount of $5,500.00, inclusive of all damages, costs, and fees, and in full satisfaction of all claims asserted by Plaintiff in this case with costs taxed as paid.

Respectfully submitted,

 */s/ John G. Watts*
**JOHN G. WATTS (ASB-5819-t82j)**
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing all counsel of record.

 */s/ John G. Watts*

# EXHIBIT "A"
# OFFER OF JUDGMENT AND ACCEPTANCE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

KARIMU MORGAN, )
 )
      Plaintiff, )
 )
v. ) CASE NO: 2:23-cv-00807-AMM
 )
TRUEACCORD CORP., )
 )
      Defendant. )
 )

## OFFER OF JUDGMENT

COMES NOW the Defendant, TrueAccord Corp., and pursuant to Federal Rule of Civil Procedure 68, offers a judgment in the amount of Five Thousand Five Hundred and No/100 ($5,500.00) in full satisfaction of any and all claims and damages asserted in this matter, including all attorney fees, with costs taxed as paid.

Dated this 17th day of August, 2023.

Respectfully Submitted,

_____
Neal D. Moore, III (ASB-3971-M73N)
*Attorney for Defendant*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
ndmoore@csattorneys.com

                              Accepted:

                              /s/ John G. Watts
                              Patricia S. Lockhart
                              John G. Watts
                              M. Stan Herring
                              *Attorneys for Plaintiff*

**OF COUNSEL**
WATTS & HERRING, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
patricia@wattsherring.com
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

# EXHIBIT "B"
# PROOF OF SERVICE

                                                                    John Watts <john@wattsherring.com>

## Acceptance of OOJ in Morgan v Trueaccord
1 message

**John Watts** <john@wattsherring.com>                                                  Fri, Aug 18, 2023 at 7:05 AM
To: "Neal D. Moore III" <ndmoore@csattorneys.com>, "Amy B. Knowles" <abknowles@csattorneys.com>, Patricia Lockhart <patricia@wattsherring.com>

Neal and Amy,

Please find enclosed our signed acceptance.

We will file the notice of acceptance/request for entry of judgment along with a proposed order.

Our W9 is attached.

Thank you for working this out with us.


John
John G. Watts
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203

voice - 205-879-2447
fax - 888-522-7167
john@wattsherring.com
http://www.AlabamaConsumer.com/

https://www.youtube.com/user/johngwatts

https://my.demio.com/ref/ZHxa8NhYRNApOiyH (Weekly consumer webinar)

CONFIDENTIALITY NOTICE: This transmission contains confidential information for the intended addressee. If you are not the intended addressee, any republication or retransmission of this information is prohibited. If this is addressed to a client of this firm, the contents are also attorney-client privileged. If this is a general posting to a listserv or other public forum, the information contained herein is not intended as general legal advice and no one is entitled to rely on the contents. If this is a response to a request for information, the contents are a general response not intended as legal advice.

---

**2 attachments**

 **2023-02-21 Watts Herring signed W9.pdf**
646K

 **Acceptance in Karimu Morgan v Trueaccord of OOJ.pdf**
341K

# EXHIBIT "C"
# PROPOSED ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KARIMU MORGAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:23-cv-00807-AMM |
| | ) | |
| **TRUEACCORD CORP.,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AGAINST DEFENDANT

This matter is before the court on Karimu Morgan's notice of acceptance of Defendant Trueaccord Corp.'s offer of judgment. (Doc. 6).

Pursuant to Federal Rule of Civil Procedure 68(a), the court **ENTERS JUDGMENT** against Trueaccord Corp. in the amount of $5,500.00, inclusive of all damages, costs, and fees, and in full satisfaction of all claims asserted by Karimu Morgan in this case. Costs are otherwise taxed as paid.

The court DIRECTS the Clerk to close the file.

**DONE** and **ORDERED** this August 18, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE