## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KARIMU MORGAN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-807-AMM |
| | ) |
| **TRUEACCORD CORP.**, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on Plaintiff Karimu Morgan's Notice of Acceptance with Offer of Judgment. Doc. 16.

Under Federal Rule of Civil Procedure 68, "[a]t least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment." Fed. R. Civ. P. 68(a).

Because this case is in the early stages of litigation, no trial date has been set. On August 17, 2023, counsel for Defendant TrueAccord Corp. served on counsel for

Plaintiff Morgan an offer of judgment pursuant to Rule 68. Doc. 6 at 5–6. On August 18, 2023, Plaintiff Morgan served written notice accepting the offer. *Id.* at 8. Plaintiff Morgan filed with the court the offer and notice of acceptance, plus proof of service. *See* Doc. 6. Accordingly, the parties have complied with Rule 68(a).

Pursuant to Rule 68(a), judgment is **ENTERED** in favor of Plaintiff Morgan and against Defendant TrueAccord Corp. in the amount of $5,500. That amount is inclusive of all damages, costs, and fees, and in full satisfaction of all claims asserted by Karimu Morgan in this case. Costs are otherwise taxed as paid.

The court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this 7th day of November, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE